03-06-2025

1:21CR45-1

Pg.1
11:45   3-5-2025

Your honor, Clerk U.S. district court, or to whom receives this letter. My name is Martin Levano and my case number is #24-40301. The reason why I am writing this letter is because I would like an opportunity to re open my case for its many reasons, that i am being accused of many things that I did Not commit. Here are the reasons why I think that my case should be re open . Reason #1, My lawyer Mark Thering, did not investigate deeply into my case. Reason #2, he did not submit motions on my behalf my part. Reason #3, he, Mark Thering, did not show me the discovery from my case regarding #24-40301. Reason #4, He Mark Thering did not give me Martin Levano the brady materia documents. Reason #5, he Mark Thering did not suppress evidence from the objects that were found in my parents home, those object were firearms, antique firearms to be specific and the authority had no search warrant nor one was shown before hand also the property is a private property. It is a violation to my 4th amendment right. Reason #6, he mark Thering did not give me a escape valve. Reason #7, there was no communication with, I Martin Levano and, Mark Thering, There was conflict between him and I. He, Mark thering did not do what i asked him to do therefore it is considered "ineffective assistance of consultation". On July, 2022 i was diagnosed with covid-19 therefore the guards put me in the shu for a month,I was in Mississippi during which time my attorney never contacted me then i got transferred to Oklahoma and then from Oklahoma where i was for 2 months i got transferred to Joe Corley in Conroe and my last stop is in FDC in Houston. I was unable to submit appeals due to the fact that i was constantly being transferred facility to facility. Now with that being said I would like to talk about my health issues, I've lost vision on my right eye, I am getting blind for the lack of medical attention here at FDC, I am having many health difficulties. I'm having physical problems, I have liver pack, inflated prostate, cholesterol, high blood pressure, bleeding from my mouth and gums, hepatitis b, spine disks are being shifted and was close to having a heart attack. I am 63 years old, I dont know if I can live longer, release me and give me house arrest so I can see my grandkids and my sons so i can die peacefully knowing that i was happy with them. Be merciful to me its been 4 years in jail. I believe I've served time already. Enough punishment for doing the favor for Kevin Mcfatter whom at the time was my grand daughters boyfriend. Also the person who put me in jail is Kevin Mcfatter. We asked him multiple times if he was undercover and he denied it. Not once, not twice, nor three times, more than that. That would be it for this letter touch your heart to give me an opportunity and god will bless you much more than what you are blessed with. I hope and pray that you have the chance to read my letter, God bless you and your family.

[Handwritten margin note: They was looking for an laboratory, There was like 100 soldiers, And one elicopter And 4 Dogs.]

*Martin Luévano*

Martin Luevano #54841379 5W 104
Federal Detention Center
P.O. Box 526255
Houston, TX 77052

Legal mail

CLERK, U.S. DISTRICT COURT
RECEIVED
MAR 10 2025
EASTERN DISTRICT OF TEXAS
BEAUMONT, TEXAS

Judge or Clerk
300 Willow Suite 104
Beaumont, TX 77701